United States District Court
Southern District of Texas
FILED
DEC 29 2014
David J. Bradley, Clerk of Court

B14CV264

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* SYLVIA BURWELL

was received by me on *(date)* 12.23.14 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: By Certified mail Sylvia Burwell Director of HHS 64 New York Ave, NE 6th Floor, Washington DC 20002

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12.23.14

Server's signature

Lila Dabert
Printed name and title

29839 S margarita, ste 100
Server's address
RSM, CA 92688

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF TX

| | | |
|---|---|---|
| DR ORLY TAITZ ESQ <br><br> *Plaintiff(s)* <br> v. <br> SYLVIA BURWELL <br> IN HER CAPACITY AS SECRETARY OF HHS <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. B14cv264 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SYLVIA BURWELL, SECRETARY OF HHS
C/O US ATTORNEY
600 E HARRISON AVE
BROWNSVILLE, TX 78520

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Dec. 18, 2014

*Signature of Clerk or Deputy Clerk*  Sarah Bejarano