fedex.com | Ship | Track | Manage | Learn | Office/Print Services

# Your package has been delivered

Tracking # 772673415302

Ship (P/U) date:
Thursday, 1/22/15

Katherine Norris
Center for Disease Control
Atlanta, GA 30329
US


Delivered

Delivery date:
Friday, 1/23/15 11:26 AM

Mr. Orly Taitz
29839 Santa Margarita Suite 100
RANCHO SANTA MARGARITA, CA 92688
US

## Shipment Facts

Our records indicate that the following package has been delivered.

| | |
|---|---|
| Tracking number: | 772673415302 |
| Status: | Delivered: 01/23/2015 11:26 AM Signed for By: J.C |
| Reference: | 15-00273-FOIA |
| Signed for by: | J.C |
| Delivery location: | RANCHO SANTA MARGARITA, CA |
| Delivered to: | Receptionist/Front Desk |
| Service type: | FedEx Standard Overnight |
| Packaging type: | FedEx Pak |
| Number of pieces: | 1 |
| Weight: | 1.00 lb. |
| Special handling/Services: | Direct Signature Required |
| | Deliver Weekday |

✉ Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 1:29 PM CST on 01/23/2015.

To learn more about FedEx Express, please go to fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above, or go to fedex.com.

This tracking update has been sent to you by FedEx at your request. FedEx does not validate the authenticity and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the tracking update. For tracking results and terms of use, go to fedex.com.

2

Defendant's
Exhibit
01
B-14-CV-264