UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DR ORLY TAITZ ESQ | § § | |
| vs. | § § | CIVIL NO. 1:14-cv-264 |
| SYLVIA BURWELL, SECRETARY OF HEALTH & HUMAN SERVICES | § § § | |

**ORDER**

Considering the foregoing **Defendant's Motion To Dismiss Complaint As Moot Or In The Alternative Motion For Summary Judgment,**

the Court is of the opinion that the defendant's motion should be, and is hereby,

_____ **DENIED**          _____ **GRANTED**

Signed this _____ day of _____, 2015, at Brownsville, Texas.

_____
UNITED STATES DISTRICT JUDGE