

CENTERS FOR DISEASE CONTROL AND PREVENTION

## DESCRIPTION OF CDC/ATSDR FOIA SEARCH FOR DOCUMENTS



CDC/ATSDR FOIA Request Number: 15-00273

Requester Name/Appellant Name: Taitz, Orly

Electronic Signature of the CDC/ATSDR Staff Member Describing the Search:

Name: Kate Pearson          Title: Health Policy Lead

Signature: *Kate Pearson* (Digitally signed by Kate Pearson, DN: cn=Kate Pearson, o=Quarantine Border Health Services Branch, ou=NCEZID/DGMQ/QBHSB, email=GVM4@cdc.gov, c=US, Date: 2015.01.06 08:59:49 -05'00')          Date: 01/06/2015

In order for this office to respond to the FOIA request/appeal, complete answers to the following questions. If more than one component of your organization was involved in the search, provide the information for each component. **If this is an appeal, please describe the efforts of your subsequent search, i.e., the search conducted after receipt of the appeal.**

1. Provide a mission statement of the programs searched. (Please show that you searched all of the places reasonably likely to have records, this statement should support why you choose that program to search for records, (e.g., How are the requested records related to the mission of the program?)

   The mission of the Quarantine Border Health Service Branch (QBHSB) is to protect US communities from global disease threats.

   QBHSB supports this mission by:
   - *Preventing* the introduction and spread of communicable diseases
   - *Enhancing* federal, state/territorial and industry partnerships
   - *Enforcing* public health regulations

2. What is the organizational structure of your program office? (Please provide an organizational chart.) If the request consisted of more than one item, please answer the following question on an item-by-item basis.

   Please see attached organization chart.

Defendant's Exhibit 01 1:14-CV-00264

3. At each involved organizational level, who made the decision(s) as to where the search should be conducted?

| Name | Title | Phone Number |
|---|---|---|
| Kate Pearson | | |
| | | |
| | | |
| | | |
| | | |
| | | |

4. Identify **each** system of files or records which was searched. Within each system, identify each specific file or set of records searched (e.g., Division's subject-matter files—specific file on xxxx; chronological correspondence files—file for 1991, etc.).

I searched my documents to find descriptions and forms relevant to the CDC's quarantine and isolation regulatory authority.

5. For each system searched, describe how the files which were searched are maintained, indexed and organized.

File Medium:   ☐ Paper   ☒ Electronic

Indexing Methodology:   ☐ Paper   ☒ Electronic

Organization Methodology: By Subject

I searched and provided all relevant forms and regulatory information.

6. If any set of records was not searched, explain why those files were omitted from consideration.
   All records were searched.

7. Identify the search terms used.
   Quarantine Order, Isolation Order

8. If this case goes to court, there may be depositions of agency employees to describe the search. Identify the person(s) who can be deposed to verify the above information if this case is litigated.

   Name

   Kate Pearson



CENTERS FOR DISEASE CONTROL AND PREVENTION



## DESCRIPTION OF CDC/ATSDR FOIA SEARCH FOR DOCUMENTS

CDC/ATSDR FOIA Request Number: 15-00273

Requester Name/Appellant Name: Taitz, Orly

Electronic Signature of the CDC/ATSDR Staff Member Describing the Search:

Name: Faith M. Washburn    Title: Researcher III

Signature: Faith M. Washburn -A (Affiliate)
Digitally signed by Faith M. Washburn -A (Affiliate)
DN: c=US, o=U.S. Government, ou=HHS, ou=CDC, ou=People, 0.9.2342.19200300.100.1.1=1001518352, cn=Faith M. Washburn -A (Affiliate)
Date: 2014.12.29 15:23:20 -05'00'

Date: 12/29/2014

In order for this office to respond to the FOIA request/appeal, complete answers to the following questions. If more than one component of your organization was involved in the search, provide the information for each component. **If this is an appeal, please describe the efforts of your subsequent search, i.e., the search conducted after receipt of the appeal.**

1. Provide a mission statement of the programs searched. (Please show that you searched all of the places reasonably likely to have records, this statement should support why you choose that program to search for records, (e.g., How are the requested records related to the mission of the program?)

    The Quarantine Activity Reporting System (QARS) is a **Registry for Surveillance** - a structured information collection system used to track and monitor the registered entity. A registry for surveillance is generally characterized by legal authority to collect health data and a governmental duty to act on the data to control disease and prevent injury, or plan and allocate public health resources in the population providing the data. The Quarantine Activity Reporting System (QARS) is **Fully Operational and Implemented**. The registry began collecting data in 2005. Data collection is focused on **international travelers.**

2. What is the organizational structure of your program office? (Please provide an organizational chart.)
    If the request consisted of more than one item, please answer the following question on an item-by-item basis.
    Please see attached PDF for further explanation

3. At each involved organizational level, who made the decision(s) as to where the search should be conducted?

| Name | Title | Phone Number |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

4. Identify **each** system of files or records which was searched. Within each system, identify each specific file or set of records searched (e.g., Division's subject-matter files—specific file on xxxx; chronological correspondence files—file for 1991, etc.).

   I searched the Quarantine Activity Reporting System (QARS) to locate any and all quarantine and isolation orders for infectious diseases.

5. For each system searched, describe how the files which were searched are maintained, indexed and organized.

   File Medium:   ☐ Paper   ☒ Electronic

   Indexing Methodology:   ☐ Paper   ☒ Electronic

   Organization Methodology: By Subject

   The files are maintained in an electronic reporting system, QARS

6. If any set of records was not searched, explain why those files were omitted from consideration.
All records were searched.

7. Identify the search terms used.
Isolation Order, Quarantine Order

8. If this case goes to court, there may be depositions of agency employees to describe the search. Identify the person(s) who can be deposed to verify the above information if this case is litigated.

Name

Faith Washburn

Adam Langer

CDC 0.1482 (E), July 2013, CDC Adobe Acrobat 10.1, S508 Electronic Version, July 2013 (Page 3 of 4)