IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DR. ORLY TAITZ ESQ., § | | |
|    *Plaintiff*, § | | |
| § | | |
| v. § | CIVIL ACTION NO. 1:14-CV-264 | |
| § | | |
| SYLVIA BURWELL, SECRETARY § | | |
| OF HEALTH & HUMAN SERVICES, § | | |
|    *Defendant*. § | | |
| § | | |

## ORDER

The Court had a telephonic conference in the above-cited action on March 31, 2015, in which the Court heard argument on the Defendant's Motion to Dismiss Complaint as Moot or in the Alternative Motion for Summary Judgment [Doc. No. 4]. Defendant argues that venue for Plaintiff's Freedom of Information Act lawsuit is improper in the Southern District of Texas.

The Freedom of Information Act provides that an agency may be sued where "the complainant resides, or has his principal place of business, or in which the agency records are situated, or in the District of Columbia." 5 U.S.C. § 552(a)(4)(B). Here, Plaintiff resides in the Central District of California. The agency's records are not situated in the Southern District of Texas, nor does this Court sit in the District of Columbia. Consequently, this case is hereby transferred to the district in which Plaintiff resides, the Central District of California.

Signed this 31st day of March, 2015.

                                                                                                    Andrew S. Hanen
                                                                                                    United States District Judge